UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE MORENO, | CASE NO. C18-0267JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| HSBC BANK USA, et al., | |
| Defendants. | |

Plaintiff George Moreno brings this suit against Defendants HSBC Bank USA ("HSBC") and Does 1-50 (collectively "Defendants"), alleging that Defendants violated his civil rights when they "illicitly and fraudulently foreclosed on [his] property, and then illegally took possession of the premises afterwards." (Compl. (Dkt. # 3) at 4.) The address given for HSBC is in New York, New York (*id.* at 2), and the address of the property underlying this claim is located in West New York, New Jersey (*id.* at 4). Moreover, although Mr. Moreno lists a Seattle residence for himself (*id.* at 2), the court was unable to deliver mail to this address (*see* Mail Return (Dkt. # 4) at 1), and Mr.

ORDER - 1

Moreno wrote elsewhere in his complaint that his mailing address is in New Jersey (*see* Compl. at 4).

Mr. Moreno does not allege that HSBC resides in the Western District of Washington. (*See* Compl. at 2); 28 U.S.C. § 1391(b)(1). Moreover, the events giving rise to the claims and the property that was foreclosed on are located in New Jersey, not Washington. (Compl. at 4); *see* 28 U.S.C. § 1391(b)(2). Under 28 U.S.C. § 1406(a), if venue is improper, then the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Accordingly, the court ORDERS Mr. Moreno to show cause why venue is proper in this matter under 28 U.S.C. § 1391(b) within ten (10) days of the date of this order. If Mr. Moreno fails to respond or otherwise demonstrate proper venue, the court will dismiss the action without prejudice pursuant to 28 U.S.C. § 1406(a).

Dated this 7th day of March, 2018.

JAMES L. ROBART
United States District Judge