UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE MORENO, | CASE NO. C18-0267JLR |
| Plaintiff, | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | |
| HSBC BANK USA, et al., | |
| Defendants. | |

On March 7, 2018, the court ordered Plaintiff George Moreno to show cause within 10 days why this matter should not be dismissed without prejudice due to improper venue. (*See* 3/7/18 Order (Dkt. # 5) at 2)); 28 U.S.C. § 1391(b); *id.* § 1406(a). The deadline has passed, and Mr. Moreno has failed to respond to the court's order or

//

//

//

//

1 | otherwise demonstrate proper venue. (*See* Dkt.) Accordingly, the court DISMISSES this
2 | matter without prejudice.

3 | Dated this 20th day of March, 2018.

*[signature]*

JAMES L. ROBART
United States District Judge